UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS OREGON, | No. 1:17-cv-00259-DAD-JDP (HC) |
| Petitioner, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AN APPEAL |
| v. | |
| BRANDON PRICE, | (Doc. Nos. 20, 23) |
| Respondent. | |

Petitioner Juan Carlos Oregon is a prisoner who proceeded *pro se* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this now closed case. On March 19, 2020, judgment was entered in favor of respondent. (Doc. No. 19.) On May 27, 2020, petitioner filed a notice of appeal. (Doc. No. 20.) Within that notice, petitioner also moved for an extension of time to file his notice of appeal on the grounds that, due to the COVID-19 pandemic, his institution of confinement was on lockdown and he did not have access to the law library. (*Id.*) For good cause shown, petitioner's motion for extension of time is granted under Rule 4(a)(5)(A) of the Federal Rules of Appellate Procedure. The Clerk of the Court is directed to send a copy of this order to the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: **August 11, 2020**

UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28